IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| § | CASE NUMBER 6:13-CR-00016-JDK |
| v. § | |
| § | |
| § | |
| PAUL BRYAN JONES (3) § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE**

This criminal action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b)(3). The Report and Recommendation of the Magistrate Judge, which contains his proposed findings of fact and recommendations for the disposition of this action, has been presented for consideration. Neither party has objected to the Report and Recommendation and the time for doing so has passed.

The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report and Recommendation of the Magistrate Judge as the findings and conclusions of this Court and **ORDERS** that Defendant Paul Bryan Jones be sentenced to twenty-one months imprisonment with no supervised release to follow. The Court recommends to the Bureau of Prisons that the place of confinement be FCI Texarkana, Texas, if available, and that Defendant receive drug and alcohol treatment.

So **ORDERED** and **SIGNED** this **20th** day of **December, 2024.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE